FILED
2017 Mar-06 PM 05:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> AUTOMATION PERSONNEL ) <br> SERVICES, INC. ) <br> ) <br> **Defendant.** ) | **Civil Action No.** <br> **2:16-cv-00996-LSC** |

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY

Plaintiff, Equal Employment Opportunity Commission, has served **Plaintiff's Responses to Defendant's Second Set of Requests for Production of Documents** upon the following counsel of record by electronic mail:

Jenna M. Bedsole, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, Alabama 35203
(205) 328-0480 Telephone
(205) 322-8007 Facsimile
jbedsole@bakerdonelson.com

The undersigned retains the originals of the referenced documents as custodian thereof.

Dated this the 6th day of March, 2017.

*/s/ Harriett Oppenheim*
HARRIETT OPPENHEIM
Senior Trial Attorney
(MS Bar No.: 103149)

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 338
Jackson, Mississippi 39269
Tel.: (601) 948-8454
Fax: (601) 948-8401
harriett.johnson@eeoc.gov

Maneesh Varma
DC Bar No. 988521
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Phone: (205) 212-2044
maneesh.varma@eeoc.gov

Kurt Fischer
ASB-9772-R72F
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place
Birmingham, AL 35205
Phone: (205) 212-2043
kurt.fischer@eeoc.gov

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing electronically to all attorneys of record:

Jenna M. Bedsole, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, Alabama 35203
(205) 328-0480 Telephone
(205) 322-8007 Facsimile
jbedsole@bakerdonelson.com

ATTORNEY FOR DEFENDANT

This the 6th day of March, 2017.

*/s/ Harriett Oppenheim*
HARRIETT OPPENHEIM
Senior Trial Attorney